**Steven CABASA, Plaintiff-Appellant,**

v.

**CITY AND COUNTY OF HONOLULU, Department of Environmental Services; et al., Defendants-Appellees.**

No. 15-16597

United States Court of Appeals, Ninth Circuit.

Submitted February 16, 2018 [*] Honolulu, Hawaii

Filed February 21, 2018

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Charles Harry Brower, Esquire, Attorney, Charles H. Brower, AAL, ALC, Honolulu, HI, for Plaintiff-Appellant

Curtis Edwin Sherwood, Esquire, Deputy Corporation Counsel, Nicolette Winter, Corporation Counsel, City and County of Honolulu, Honolulu, HI, for Defendant-Appellee

Before: O'SCANNLAIN, CLIFTON, and IKUTA, Circuit Judges.

## MEMORANDUM **

Steven Cabasa appeals the district court's order granting summary judgment to the City and County of Honolulu, Department of Environmental Services (the City) on his claim that the City retaliated against him for protected conduct in violation of the Hawaii Whistleblower Protection Act (HWPA), Haw. Rev. Stat. § 378-62. We have jurisdiction under 28 U.S.C. § 1291.

It is undisputed that a candidate for the Wastewater Pumping Operations Supervisor position must receive at least a 70% score on the promotional examination to be considered for the position and that Cabasa received a 57.5% score on the examination. Accordingly, there is no genuine issue of material fact that the City would not have promoted Cabasa "regardless of the protected activity." *Crosby v. State Dep't of Budget & Fin.*, 76 Haw. 332, 342, 876 P.2d 1300 (1994) (quoting *NLRB v. Howard*

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

---

*Elec. Co.*, 873 F.2d 1287, 1290 (9th Cir. 1989) ).

## AFFIRMED.